UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROYAL BIRDEN | CIVIL ACTION |
| VERSUS | NO. 18-6622 |
| JEFFERSON PARISH CORRECTIONAL CENTER | SECTION: "A"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is dismissed as frivolous and/or for failing to state a claim upon which relief may be granted.

August 22, 2018

_____
UNITED STATES DISTRICT JUDGE